# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH
## DEPOSIT OF UNCLAIMED FUNDS

| In re: <br>     EDWARD D DAYTON <br>     STACEY H DAYTON <br>     Debtors | CHAPTER # 7 <br> CASE NO. 10-25125 |
|---|---|

The duly appointed and acting trustee of the above captioned bankruptcy estate represents to the court that:

__X__ **A** The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the trustee, and the trustee stopped payment on said check(s), and/or

_____ **B** The check(s) listed below represent small dividends payable to the court pursuant to Bankruptcy Rule 3010.

| **CREDITOR & ADDRESS (last known)** | **CHECK AMOUNT** |
|---|---|
| Verizon Wireless <br> PO Box 3397 <br> Bloomington, IL 61702 | $15.68 |



The address(es) listed above constitutes the last known address of the creditor(s) in question. The check(s) in the amount(s) of **$15.68** represent said unclaimed funds is/are payable to the U.S. Bankruptcy Court.

DATED this 27th day of July, 2011.

_____/s/_____
Steven R. Bailey, Trustee